AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-CR-105-RS-1 |
| Erich Schoenwisner | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/11/19

_Eric B. Schoenwisner_
Defendant's signature

_Randy Sue Pollock_
Signature of defendant's attorney

_Randy Sue Pollock_
Printed name of defendant's attorney

**FILED**

MAR 11 2019

SUSAN Y. SOONG
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_Joseph C. Spero_
UNITED STATES MAGISTRATE JUDGE
Judge's printed name and title