RANDY SUE POLLOCK (CSBN 64493)
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ERICH SCHOENWISNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ERICH SCHOENWISNER,<br><br>　　　　Defendant　　　　　／ | No. CR. 19-0105-RS-1<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE DATE FOR ENTRY OF PLEA OF GUILTY**<br>_____ |

　　　Defendant Erich Schoenwisner, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jose A. Olivera, respectfully request the date for entry of a plea of guilty be continued from April 2, 2019, to April 16, 2019 at 2:30 p.m.

　　　It is accordingly proposed that the time period from April 2, 2019 until April 16, 2019 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial.   Additionally, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) given the nature of the prosecution, it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the time limits

established by the Speedy Trial Act.

Date: March 23, 2019  Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Erich Schoenwisner

Date: March 23, 2019  /s/
JOSE A. OLIVERA
Assistant United States Attorney

SO ORDERED:

RICHARD SEEBORG
United States District Judge

2