RANDY SUE POLLOCK (CSBN 64493)
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ERICH SCHOENWISNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ERICH SCHOENWISNER,<br><br>    Defendant<br>_____/ | No. CR. 19-0105-RS-1<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL**<br>_____ |

    Defendant Erich Schoenwisner, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jose A. Olivera, respectfully request that permission be granted to allow travel to Phoenix, Arizona from April 3-6, 2019. Mr. Schoenwisner needs to meet with a friend he is assisting in a business transaction.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Date: March 29, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ |
| | | RANDY SUE POLLOCK |
| 4 | | Counsel for Defendant |
| | | Erich Schoenwisner |
| 5 | | |
| 6 | Date: March 29, 2019 | /s/ |
| | | JOSE A. OLIVERA |
| 7 | | Assistant United States Attorney |

Defendant shall provide itinerary and contact information to PTS in advance.

SO ORDERED:

_____
JOSEPH C. SPERO
Chief, United States Magistrate Judge

Dated: April 1, 2019

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero