UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** April 16, 2019    **Time:** 25 minutes    **Judge:** RICHARD SEEBORG

**Case No.**: 19-cr-00105-RS-1    **Case Name:** USA v. Erich Schoenwisner

**Attorney for Government:** Jose Olivera
**Attorney for Defendant:** Randy Sue Pollock
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Vicki Eastvold
**Interpreter:** N/A    **Probation Officer:** N/A

### PROCEEDINGS

Change of Plea – held.

### SUMMARY

**Defendant plead guilty to Counts One, Two and Five of Information.**

**Court accepted plea – plea agreement filed under seal.**

**Case referred to U.S. Probation Dept. for preparation of a presentence report.**

**CASE CONTINUED TO: July 30, 2019 at 2:30 p.m. for Sentencing**