1  RANDY SUE POLLOCK (CSBN 64493)
   Law Offices of Randy Sue Pollock
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Tel: (510)  763-9967
   Fax: (510)  380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   ERICH SCHOENWISNER

6

7                    UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10                          —ooo—

11

12  UNITED STATES OF AMERICA,          **No. CR.  19-0105-RS-1**

13            Plaintiff,

                                       **STIPULATION AND ~~PROPOSED~~
14  vs.                                ORDER TO PERMIT OUT-OF-
                                       DISTRICT TRAVEL**
15                                     _____

16  ERICH SCHOENWISNER,

17            Defendant
    _____/

18        Defendant Erich Schoenwisner, by and through his counsel of record Randy Sue

19  Pollock, and Assistant United States Attorney Jose A. Olivera, hereby stipulate that Mr.

20  Schoenwisner be permitted to travel to San Diego from June 13-June 19, 2019.  Mr.

21  Schoenwisner has a previously planned vacation there.

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

Date: May 8, 2019                         Respectfully submitted,


                                          _____/s/_____
                                          RANDY SUE POLLOCK
                                          Counsel for Defendant
                                          Erich Schoenwisner

Date: May 8, 2019                         _____/s/_____
                                          JOSE A. OLIVERA
                                          Assistant United States Attorney


SO ORDERED:                               _____
                                          JOSEPH C. SPERO
Dated: May 9, 2019                        Chief, United States Magistrate Judge

2