RANDY SUE POLLOCK (CSBN 64493)
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ERICH SCHOENWISNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 19-0105-RS-1 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE DATE FOR SENTENCING** |
| ERICH SCHOENWISNER, | |
| Defendant / | |

    Defendant Erich Schoenwisner, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jose A. Olivera respectfully request that sentencing be continued from July 30, 2019 until December 17, 2019. Both parties need additional time to prepare for sentencing and defense counsel will be unavailable in September and October due to a trial that begins October 1 in the EDKY [United States vs. Nader Sarkhosh, et al., CR. 17-118-KKC].

///

///

///

///

United States Probation Officer Jill Polish Spitalier has no objection to this continuance.

Date: May 30, 2019 _____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant
Erich Schoenwisner

Date: May 30, 2019 _____/s/_____
JOSE A. OLIVERA
Assistant United States Attorney

SO ORDERED:
Date: 5/31/19

_____
RICHARD SEEBORG
United States District Judge

2