RANDY SUE POLLOCK (CSBN 64493)
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ERICH SCHOENWISNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERICH SCHOENWISNER,<br><br>Defendant | No. CR 19-0105-RS-1<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL** |

Defendant Erich Schoenwisner, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jose A. Olivera, respectfully request that permission be granted to allow defendant to travel to Arizona from July 25, 2019 to July 28, 2019 to visit friends.

///
///
///
///

U.S. v. SCHOENWISNER, No. Cr19-0105-RS-1
STIPULATION AND PROPOSED ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL

| | |
|---|---|
| Date: July 22, 2019 | Respectfully submitted, |
| | _____/s/_____<br>RANDY SUE POLLOCK<br>Counsel for Defendant<br>Erich Schoenwisner |
| Date: July 22, 2019 | _____/s/_____<br>JOSE A. OLIVERA<br>Assistant United States Attorney |

SO ORDERED:

DATED: 7/23/2019

~~Chief,~~ United States Magistrate Judge
Thomas S. Hixson

U.S. v. SCHOENWISNER, No. Cr19-0105-RS-1
STIPULATION AND PROPOSED ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL

2