RANDY SUE POLLOCK (CSBN 64493)
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ERICH SCHOENWISNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ERICH SCHOENWISNER,<br><br>  Defendant<br>_____ / | **No. CR. 19-0105-RS-1**<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE DATE FOR SENTENCING**<br>_____ |

    Defendant Erich Schoenwisner, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jose A. Olivera respectfully request that sentencing be continued from December 17, 2019 to February 25, 2020. Both parties need additional time to prepare for sentencing and defense counsel is unavailable in September and October due to a trial that begins October 1 in the EDKY [*United States vs. Nader Sarkhosh*, et al., CR. 17-118-KKC].

///

///

///

///

United States Probation Officer Jill Polish Spitalier has no objection to this continuance.

Date: July 28, 2019                                 _____/s/_____
                                                    RANDY SUE POLLOCK
                                                    Counsel for Defendant
                                                    Erich Schoenwisner

Date: July 28, 2019                                 _____/s/_____
                                                    JOSE A. OLIVERA
                                                    Assistant United States Attorney

SO ORDERED:                                         _____
                                                    RICHARD SEEBORG
                                                    United States District Judge