RANDY SUE POLLOCK (CSBN 64493)
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ERICH SCHOENWISNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ERICH SCHOENWISNER,<br><br>　　　　Defendant　　　　　　／ | No. CR. 19-0105-RS-1<br><br>**STIPULATION AND PROPOSED ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL** |

　　　Defendant Erich Schoenwisner, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jose A. Olivera, hereby stipulate that Mr. Schoenwisner be permitted to travel to Reno, Nevada from August 22-25, 2019, for a vacation.

///

///

///

///

///

| | |
|---|---|
| Date: August 11, 2019 | Respectfully submitted, |
| | /s/ |
| | RANDY SUE POLLOCK |
| | Counsel for Defendant |
| | Erich Schoenwisner |
| Date: August 11, 2019 | /s/ |
| | JOSE A. OLIVERA |
| | Assistant United States Attorney |
| SO ORDERED: | |
| | JOSEPH C. SPERO |
| | Chief, United States Magistrate Judge |

2