1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

5

6 |    1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3703

7 | FAX: (510) 637-3724
jonathan.lee@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,   )   CASE NO. CR 19-00105 RS

14 |    Plaintiff,   )

15 | v.   )   NOTICE OF SUBSTITUTION OF ATTORNEY

16 | ERICH SCHOENWISNER,   )

17 |    Defendant.   )

18 |

19 |

20 |    Please take notice that as of November 14, 2019, the Assistant United States Attorney whose

21 | name, address, telephone number and e-mail address is listed below is assigned to be counsel for the

22 | government:

23 |    JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

24

25 |    1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3703

26 | Fax: (510) 637-3724
Email: jonathan.lee@usdoj.gov

27

28 | ////

SUBSTITUTION OF ATTORNEY
CR 19-00105 RS                                          1

1  The Clerk is requested to change the docket sheet and other court records so as to reflect that all
2 orders and communications from the court will in the future be directed to AUSA Jonathan U. Lee at the
3 above mailing address, telephone number, facsimile number and e-mail address.

5 DATED: November 14, 2019              Respectfully submitted,

6                                       DAVID L. ANDERSON
                                        United States Attorney

8                                           _____/s/_____
9                                       JONATHAN U. LEE
                                        Assistant United States Attorney

SUBSTITUTION OF ATTORNEY
CR 19-00105 RS                          2