Mark T. Clausen, Esq. (Calif. SB # 196721)
Law Office of Mark T. Clausen
1325 Crestview Court
Santa Rosa, CA 95403
Telephone: (707) 235-3663
Facsimile:  (707) 542-9713
Email:  MarkToddClausen@yahoo.com

Attorney for Defendant DAVID MISHLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 19-00105-RS |
|---|---|
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS FOR DEFENSE COUNSEL, MARK T. CLAUSEN |
| vs. | |
| DAVID MISHLER, | Judge: Hon. Richard Seeborg |
| Defendant. _____/ | Location: Courtroom 3, 17th Floor 455 Golden Gate Ave. San Francisco, CA |

**PLEASE TAKE NOTICE** that the address for defense counsel, Mark T. Clausen, has changed to:

Law Office of Mark T. Clausen
1325 Crestview Court
Santa Rosa, CA 95403

Please update your records and service list accordingly.

Respectfully Submitted,

Date: January 2, 2020           By: /S/ *Mark T. Clausen, Esq.*
                                Mark T. Clausen, Esq.
                                Attorney for Defendant David Mishler

**PROOF OF SERVICE BY EMAIL**

I, Mark T. Clausen, do hereby declare:

1. I am the attorney of record for Andrew Davis. I am over the age of 18 and I am not a party to this action. My business address is Law Office of Mark T. Clausen, 1325 Crestview Court, Santa Rosa, CA 95403.

2. On January 2, 2020, I served the attached *Notice of Change of Address* through the Court's e-filing and e-service system, and also by direct email, addressed as follows:

| | |
|---|---|
| JOSE A. OLIVERA | Attorney for Plaintiff U.S.A. |
| Assistant United States Attorney | |
| 1301 Clay Street, Suite 3405 | |
| Oakland, California 94612 | |
| Email: jose.olivera@usdoj. gov | |

| | |
|---|---|
| Alena Kokich | Probation Services |
| Probation Services Assistant | |
| U.S. Probation | |
| Northern District of CA | |
| 450 Golden Gate Ave. | |
| San Francisco, CA 94102 | |
| Email: Alena_Kokich@canp.uscourts.gov | |

I hereby declare that the foregoing is true and correct under penalty of perjury of the laws of the State of California. So declared this 2nd day of January 2020 in Santa Rosa, California.

　　　　　　　　　　　　　　　　　/S/ *Mark T. Clausen*
　　　　　　　　　　　　　　　　　Mark T. Clausen