RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone:  510-763-9967
Facsimile:    510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ERICH SCHOENWISHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERICH SCHOENWISHER<br><br>    Defendant. | CASE NO. 19-00105-RS<br><br>**STIPULATION** |

     Defendant Erich Schoenwisher, by and through his counsel of record Randy Sue Pollock and Assistant United States Attorney Jonathan Lee hereby request that sentencing in this matter be continued from May 26, 2020 until July 28, 2020.

     This continuance is at the request of defense counsel who is still in trial in *United States vs. Matthews,* CR. 17-218, in the Eastern District of Kentucky, Lexington.  Counsel expects to conclude this trial by the middle of April and then return to California.  Upon her return she will schedule a probation interview.

United States Probation Officer Jill Polish Spitalieri has no objection to this Continuance.

Date:  April 5, 2020                               Respectfully submitted,
                                                    /s/ *Randy Sue Pollock*_____
                                                   RANDY SUE POLLOCK
                                                   Erich Schoenwisher

Date:  April 5, 2020                                 /s/   Jonathan Lee_____
                                                   JONATHAN LEE
                                                   Assistant United States Attorney

SO ORDERED

April ___, 2020                                    _____
                                                   HONORABLE RICHARD SEEBORG
                                                   United States District Judge