RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ERICH SCHOENWISHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICH SCHOENWISHER<br><br>Defendant. | CASE NO. 19-00105-RS<br><br>ORDER<br>**STIPULATION** |

Defendant Erich Schoenwisher, by and through his counsel of record Randy Sue Pollock and Assistant United States Attorney Jonathan Lee hereby request that sentencing in this matter be continued from May 26, 2020 until July 28, 2020.

This continuance is at the request of defense counsel who is still in trial in *United States vs. Matthews,* CR. 17-218, in the Eastern District of Kentucky, Lexington. Counsel expects to conclude this trial by the middle of April and then return to California. Upon her return she will schedule a probation interview.

United States Probation Officer Jill Polish Spitalieri has no objection to this Continuance.

Date: April 5, 2020                             Respectfully submitted,
                                                /s/ *Randy Sue Pollock*
                                                RANDY SUE POLLOCK
                                                Erich Schoenwisher


Date: April 5, 2020                             /s/   Jonathan Lee
                                                JONATHAN LEE
                                                Assistant United States Attorney


SO ORDERED


April  6 , 2020                                 _____
                                                HONORABLE RICHARD SEEBORG
                                                United States District Judge