RANDY SUE POLLOCK (CSBN 64493)
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ERICH SCHOENWISNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 19-0105-RS-1 |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL** |
| ERICH SCHOENWISNER, | |
| Defendant / | |

  Defendant Erich Schoenwisner, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Jonathan Lee, hereby stipulate that Mr. Schoenwisner's bond be modified to permit his travel to the EDCA for purposes of work and vacations.

Date: July 28, 2020         Respectfully submitted,


                 /s/
               RANDY SUE POLLOCK
               Counsel for Defendant
               Erich Schoenwisner

Date: July 28, 2020

/s/
JONATHAN LEE
Assistant United States Attorney

SO ORDERED:

_____
JOSEPH C. SPERO
Chief, United States Magistrate Judge

Dated: July 29, 2020