UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** October 19, 2020     **Time:** 40 minutes     **Judge:** RICHARD SEEBORG

**Case No.:** 19-cr-00105-RS-1     **Case Name:** USA v. Erich Schoenwisner

**Attorney for Government:** Jonathan Lee
**Attorney for Defendant:** Randy Sue Pollock
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew            **Court Reporter:** Debra Pas
**Interpreter:** n/a                     **Probation Officer:** Melissa Moy

### ZOOM/VIDEO CONFERENCE PROCEEDINGS

Sentencing Hearing Held.

### SUMMARY

Due to the COVID-19 pandemic, all parties consent to proceed by video conference. General Order 74 authorizes the Court to proceed by way of video conference hearing. Defense counsel waives the in court physical appearance of Mr. Schoenwisner.

Sentence imposed:  Six (6) months of home confinement.  This term consists of six (6) months home confinement on each of counts 1, 2, 5 to be served concurrently.  Probation for 3 years; $300 Special Assessment; No Fine. (See judgment for additional conditions).