DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    jonathan.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19-105 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) **UNITED STATES' ADMINISTRATIVE MOTION TO DISMISS COUNTS THREE AND FOUR; DECLARATION OF JONATHAN U. LEE; ORDER** |
| ERICH SCHOENWISNER, | ) |
| Defendant. | ) |

## NOTICE OF MOTION

The United States hereby moves for an Order dismissing Counts Three and Four of the operative charging pleading in this case, the Superseding Information. *See* Dkt. No. 2.

## MEMORANDUM OF POINTS AND AUTHORITIES

The sentencing hearing in this matter took place today, October 19, 2019. Under the plea agreement, the United States was to make a motion to dismiss the open charges against the defendant. At today's sentencing hearing, the United States did not move to dismiss any open charges against the defendant.

The operative charging document is the Superseding Information, filed March 4, 2019. Dkt. No. 2. In that pleading, the United States charged defendant Schoenwisner in Counts One, Two, Three, Four and Five. In the plea agreement, defendant Schoenwisner pled guilty to Counts One, Two and Five. Therefore, the United States moves to dismiss Counts Three and Four and requests the Court to grant this motion.

DATED: October 19, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*Jonathan U. Lee*
JONATHAN U. LEE
Assistant United States Attorney

DECLARATION OF JONATHAN U. LEE

I, Jonathan U. Lee, declare as follows:

1. I am an Assistant United States Attorney assigned to this case.

2. At today's sentencing hearing, I inadvertently failed to make an oral motion to dismiss Counts Three and Four in this case. To correct this oversight, I am making this motion consistent with the parties' plea agreement to dismiss Counts Three and Four.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Oakland, California, on October 19, 2020.

*Jonathan U. Lee*
JONATHAN U. LEE

## ORDER

FOR GOOD CAUSE SHOWN, the United States' Motion to Dismiss Counts Three and Four of the Superseding Information is GRANTED.

IT IS SO ORDERED.

DATED: __October 19, 2020__         _____
                                    HONORABLE RICHARD SEEBORG
                                    United States District Court Judge