1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724
      jonathan.lee@usdoj.gov
8

9  Attorneys for United States of America

10
                     UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,            )  CASE NO. CR 19-105 RS
14                                       )
           Plaintiff,                    )
15                                       )  STIPULATION AND [PROPOSED] ORDER TO
        v.                               )  AMEND THE RESTITUTION AWARD
16                                       )  PREVIOUSLY ORDERED BY THE COURT
   ERICH SCHOENWISNER,                   )
17                                       )
           Defendant.                    )
18                                       )
                                         )
19 _____     )

20
                              STIPULATION
21
           Following his entry of a guilty plea by plea agreement, defendant Erich Schoenwisner
22
   ("Defendant") was sentenced by the Court on October 19, 2020.  The Court ordered restitution awards
23
   for three victims:  1) Doubletree Hotel in the amount of $161,895.00; 2) Holiday Inn Fisherman's Wharf
24
   in the amount of $135,938.00; and 3) the Internal Revenue Service in the amount of $104,498.00.  Dkt.
25
   73.  The parties' plea agreement included those three claimants in those respective amounts, plus a
26
   fourth victim – the Harbor View Hotels, Inc., dba Hilton San Francisco Airport Bayfront Hotel in
27
   Burlingame, CA in the amount of $509,124.  This fourth victim was not included in the award.
28

   STIPULATION TO AMEND RESTITUTION AWARD
   CR 19-105 RS                                    1

1    The parties, including USPO Melissa Moy, agree the correct restitution amount applicable in this

2    case should include the Harbor View Hotels, Inc. dba Hilton San Francisco Airport Bayfront Hotel in

3    Burlingame, CA in the amount of $509,124.  This matches the parties' agreement, as well as the amount

4    of restitution previously ordered by the Court in related cases involving Defendant's co-conspirator

5    David Mishler.  *See* Dkt. 37 in *U.S. v. Mishler*, CR 19-105-2 RS.  Defendants Schoenwisner and Mishler

6    are jointly and severally liable for this particular claim for restitution.

7    The parties are aware that Mr. Mishler is making payments to fulfill his restitution obligation,

8    and the inclusion of this award in Mr. Schoenwisner's restitution orders will allow the United States

9    Attorney's Office's Financial Litigation Unit ("FLU") to credit Mr. Mishler in the amount of Mr.

10   Schoenwisner's previous payments toward this obligation.  Without the inclusion of the Harbor View

11   Hotels, Inc., dba Hilton San Francisco Airport Bayfront Hotel in Burlingame, CA in the amount of

12   $509,124 in the restitution awards in this case, the FLU cannot credit Mr. Mishler's payments and his

13   restitution obligation will remain unsatisfied despite his payments in full.

14   Given these facts, the parties hereby request that the Court amend the previously ordered

15   restitution award by amendment to include the Harbor View Hotels, Inc., dba Hilton San Francisco

16   Airport Bayfront Hotel in Burlingame, CA in the amount of $509,124 and undersigned counsel ask the

17   Court to amend the judgment to correct the presently ordered award.

18   IT IS SO STIPULATED.

19   DATED:  May 14, 2021

20

21                                                          */s/ Randy Sue Pollock*
                                                            RANDY SUE POLLOCK
22                                                          Counsel for ERICH SCHOENWISNER

23

24   DATED:  May 14, 2021                                   STEPHANIE M. HINDS
                                                            Acting United States Attorney
25

26                                                          */s/ Jonathan U. Lee*
                                                            JONATHAN U. LEE
27                                                          Assistant United States Attorney

28

STIPULATION TO AMEND RESTITUTION AWARD
CR 19-105 RS                                    2

1

<u>[PROPOSED] ORDER</u>

2    The Court has read and considered the parties' stipulation requesting that the Court issue an

3 amended judgment to correct an error related to the amount of restitution previously ordered at the

4 sentencing hearing on October 19, 2019. The Court hereby finds that the Stipulation, which this Court

5 incorporates by reference into this Order, provides an accurate basis to adjust the restitution award.

6 THEREFORE, FOR GOOD CAUSE SHOWN:

7    The Court hereby orders the restitution amount in the judgment in the above-caption matter

8 should be adjusted to include the Harbor View Hotels, Inc., dba Hilton San Francisco Airport Bayfront

9 Hotel in Burlingame, CA in the amount of $509,124.

10    IT IS SO ORDERED.

11

12 DATED: _____            _____

13                                                                   HONORABLE RICHARD SEEBORG
                                                                      Chief United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28